**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICHARD LEE JONES,

    Plaintiff,

v.                                                        Case No: 07-14869

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter case was referred to United States Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued her report on July 21, 2008, recommending that defendant's motion to dismiss should be granted and the instant case dismised. No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

# **ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Defendant's motion to dismiss **GRANTED.**

IT IS SO ORDERED.


    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated: August 15, 2008


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 15, 2008, by electronic and/or ordinary mail.


    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522